Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:   907-264-3325
Email:          jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ERIC PHILLIP,

                 Plaintiff,

v.

PETER PAN SEAFOODS, INC. D/B/A
PAF MARINE YARD / PAF MARINE
SERVICES,

                 Defendant.

Case No. 3:20-cv-00147-JMK

**NOTICE OF REMOVAL**

     Defendant Peter Pan Seafoods, Inc. d/b/a PAF Marine Yard / PAF Marine Services ("Peter Pan Seafoods") gives notice of its basis and provides its statement for removal of this action—currently pending in the Superior Court for the State of Alaska, Third Judicial District at Dillingham, under Case No. 3DI-20-00060 CI—to the United Stated District Court for the District of Alaska. Removal is based on diversity of citizenship and amount in controversy under 28 U.S.C. §§ 1332, 1441, and 1446.

### I. JURISDICTIONAL REQUIREMENTS

     28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States[.]" 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be

removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

On or about June 17, 2020, Plaintiff Eric Phillip filed a Complaint in the Superior Court of the State of Alaska in the Third Judicial District at Dillingham. Jamieson Decl. ¶ 2, Ex. A; Compl. ¶ 1. Plaintiff asserts one claim for state common law negligence. Compl. ¶¶ 20-23.

Plaintiff alleges that he resides in Kongiganak, Alaska. Compl. ¶ 1. Therefore, Plaintiff is an Alaska citizen.

Plaintiff alleges that Peter Pan Seafoods is a Washington Corporation that does business in Alaska. Compl. ¶ 2. Peter Pan Seafoods is organized and exists under the laws of Washington with its principal place of business at 3015 112th Ave. NE, STE 100, Bellevue, WA 98004. Jamieson Decl. ¶ 5. Peter Pan Seafoods is not a citizen of the State of Alaska. Thus, complete diversity between the parties exists. 28 U.S.C. § 1332.

On the face of the Complaint, Plaintiff claims damages in an amount greater than $100,000. Compl. ¶¶ 5, 23, 24. ("Plaintiff seeks damages in excess of 100,000.00.")

## II. PROCEDURAL REQUIREMENTS

<u>Venue</u>. This Court is the United States District Court of the judicial district within which Plaintiff's action is pending. 28 U.S.C. § 1441(a).

<u>Removal Is Timely</u>. On June 18, 2020, the Complaint was served on Lane Powell LLC, counsel for Peter Pan Seafoods, and Lane Powell LLC accepted service on behalf of Peter Pan Seafoods. Jamieson Decl. ¶ 3, Ex. B. Thus, removal is timely. 28 U.S.C. § 1446(b)(1).

<u>Notice</u>. Under 28 U.S.C. § 1446(d), a copy of this notice is filed concurrently in the Superior Court of Alaska for the Third Judicial District at Dillingham and served upon the Plaintiff.

Complete diversity of citizenship exists between the parties—Mr. Phillip is a citizen of Alaska; Peter Pan Seafoods is a citizen of Washington—and the amount in

controversy exceeds $100,000. 28 U.S.C. §§ 1332, 1446(c)(2). Thus, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. This action is therefore removable to this Court pursuant to 28 U.S.C. § 1441.

No Waiver. By removing this action to this Court, Peter Pan Seafoods does not waive any defenses, objections, or motions available to it under state or federal law.

DATED this 22nd day of June, 2020.

                                                  LANE POWELL LLC
                                                  Attorneys for Defendant

I certify that on June 22, 2020, a copy of the foregoing was served by mail on:

Brent R. Cole, Law Office of Brent R. Cole, P.C.
821 N St., Ste. 208, Anchorage, AK 99501
info@akcolelaw.com; brent@akcolelaw.com

s/ Jada Caudel
052974.0004/8090121.2

                                                  By s/ Brewster Jamieson
                                                      Brewster H. Jamieson, ABA No. 8411122