Brent R. Cole
Law Office of Brent R. Cole, P.C.
821 N Street, Suite 208
Anchorage, AK 99501
(907) 277-8001
info@akcolelaw.com
brent@akcolelaw.com
Attorneys for Plaintiff Eric Phillip

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT DILLINGHAM

| | |
|---|---|
| ERIC PHILLIP,       **Plaintiff,** | ) ) ) ) ) |
| PETER PAN SEAFOODS, INC. D/B/A PAF MARINE YARD / PAF MARINE SERVICES | ) ) ) ) |
| **Defendant** | ) Case No. 3DI-20-____68____ CI |

## COMPLAINT

COMES NOW Eric Phillips ("Plaintiff"), by and through the Law Office of Brent R. Cole, P.C. and for his complaint alleges as follows:

### I. PARTIES

1.    Plaintiff is a resident of Alaska, residing at Kongiganak, Alaska.

2.    Defendant Peter Pan Seafoods, Inc. is a Washington corporation that does business in Alaska with a marine services and storage facility located in Dillingham, Alaska (described by Peter Pan Seafoods, Inc. as "DILLINGHAM – PAF" and referred to hereinafter as "PAF" or the "PAF Yard").

## II. JURISDICTION AND VENUE

3.     At the time and place in question, Plaintiff was preparing to operate out of Dillingham, Alaska as a commercial fisherman in the Nushagak fishing district of Alaska's Bristol Bay Region with his vessel the *F/V Darlene Rose*.

4.     The events and damages complained of occurred at or near the PAF Yard in Dillingham, Alaska and involved the actions or inactions of PAF Yard employees while providing haul out services for the *F/V Darlene Rose*.

5.     Plaintiff seeks damages in excess of $100,000.00.

6.     Jurisdiction and venue are proper in this court.

## III. GENERAL AVERMENTS

7.     Plaintiff is a commercial fisherman who fishes for salmon in Alaska's Bristol Bay region. Plaintiff owns and uses the *F/V Darlene Rose*, a 32' gillnetter, for salmon fishing in Bristol Bay. Plaintiff has been a commercial fisherman for more than 35 years and has operated the *Darlene Rose* since acquiring it from his father in 2010.

8.     Plaintiff utilized the PAF Yard to store the *F/V Darlene Rose* when that vessel was not being used for salmon fishing.  PAF also offers haul in and haul out services for its customers.

9.     Plaintiff utilized PAF to provide launch and haul-out of the *F/V Darlene Rose* before / after the salmon seasons in Bristol Bay. Plaintiff used PAF for both storage and launch / haul-out for more than 10 years prior to 2018.

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

10. On the occasions that Plaintiff has used PAF for launching and haul-out services, Plaintiff has relied upon PAF's selection of trucks and trailers to perform that work. Plaintiff has never specified any equipment to use for either launching or haul-out of the *F/V Darlene Rose*.

11. On instances prior to the June 27, 2018 haul-out, PAF had utilized a certain trailer ("the Red Trailer") to haul out the *F/V Darlene Rose*.

12. In 2018, sometime prior to June 27, 2018, the *F/V Darlene Rose* was been launched by PAF into the bay for testing before the 2018 fishing season. Plaintiff called PAF to have the *F/V Darlene Rose* hauled out one last time (prior to the commencement of salmon fishing) so that Plaintiff could ensure the *F/V Darlene Rose* was in all aspects ready for fishing.

13. A PAF employee arrived at the dock with a truck and trailer and backed the trailer into the water. Plaintiff motored the *F/V Darlene Rose* onto the trailer provided by PAF at the direction of PAF employees.

14. The trailer utilized by PAF for the June 27, 2018 haul – out was a different trailer (the "Green Trailer") than the Red Trailer that PAF had used in years past for haul-outs and launching of the *F/V Darlene Rose*.

15. After placement of the *F/V Darlene Rose* onto the Green Trailer, when the PAF driver began to pull the loaded *F/V Darlene Rose* out of the water there occurred a series of loud cracks heard by Plaintiff who was on the *F/V Darlene Rose* as it was being

hauled out. Plaintiff subsequently found that the *F/V Darlene Rose* suffered hull cracks (fiberglass damage) on both the starboard and port sides.

16.     The *F/V Darlene Rose* suffered significant damages and was unseaworthy for commercial fishing. The Plaintiff missed a majority of the red salmon fishery that year which was a record season for the Nushagak fishing district.

17.     The 2018 Nushagak fishing season was the highest grossing catch in years.

18.     Despite his best efforts, Plaintiff was only able to fish a total of seventeen (17) days in the 2018 season. He was delayed in finding another vessel to fish for the season. He incurred additional leasing costs and repair costs for another vessel in 2018.

19.     The Plaintiff's damages continued into 2019.

## COUNT 1
## NEGLIGENCE

20.     Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 – 19 above.

21.     Defendant owed a duty of care to Plaintiff in the haul-out of *F/V Darlene Rose*.

22.     Defendant breached its duty to the Plaintiff during the haul out process, causing structural damage to the *F/V Darlene Rose*.

23.     As a result of Defendant's negligence, Plaintiff has sustained damages for, without limitation, the cost of repair, for the loss of foreseeable business opportunities, and for the cost of replacement vessels. Such damages are in an amount to be proven at trial but not less than $100,000.

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

<div style="writing-mode: vertical;">LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax</div>

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

24.     For Judgment in Plaintiff's favor and against Defendant on all counts in an amount to be proven at trial in excess of $100,000;

25.     For an award of attorney's fees, costs, and pre- and post- judgment interest in accordance with Alaska' Rules of Civil Procedure, Alaska's Rules of Administration, and Alaska's laws.

26.     For such other and further relief as the court deems just and equitable in the circumstances.

DATED this 17th day of June 2020, at Anchorage, Alaska.

<div style="text-align:right">

Law Office of Brent R. Cole, P.C.
Attorneys for Plaintiff Eric Phillip


By:_____
     Brent R. Cole
     *AK State Bar No. 8606074*
</div>