Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:   907-264-3325
Email:       jamiesonb@lanepowell.com
Attorneys for Defendant Peter Pan Seafoods, Inc. d/b/a PAF Marine Yard / PAF Marine Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC PHILLIP,<br><br>                    Plaintiff,<br><br>v.<br><br>PETER PAN SEAFOODS, INC. D/B/A PAF MARINE YARD / PAF MARINE SERVICES,<br><br>                    Defendant. | Case No. 3:20-cv-00147-JMK<br><br>**NOTICE RE SETTLEMENT** |

Defendant Peter Pan Seafood Company d/b/a PAF Marine Service, incorrectly identified as "Peter Pan Seafoods, Inc. d/b/a PAF Marine Yard / PAF Marine Services, advises the Court that the parties have reached a settlement in this matter. The parties anticipate filing closing paperwork on or before July 1, 2022, and accordingly, all pending motions, including the pending dispositive motions, are moot.

DATED: June 1, 2022

| | |
|---|---|
| I certify that on June 1, 2022, a copy of the foregoing was served via ECF on:<br><br>Brent R. Cole<br>info@akcolelaw.com<br>brent@akcolelaw.com<br><br>s/Brewster H. Jamieson | LANE POWELL LLC<br>Attorneys for Defendant Peter Pan Seafoods, Inc. d/b/a PAF Marine Yard / PAF Marine Services<br><br>By: s/Brewster H. Jamieson<br>     Brewster H. Jamieson, ABA No. 8411122 |